**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          :         CHAPTER 13
Kelley Williamson

DEBTOR                                          :         BKY. NO.   16-17375MDC13

**1ST MODIFIED PLAN**

$300.00 X 27 and $845.00 X 20 and $1029.00 X 13 = $38,377.00

(A)   **CIBIK & CATALDO**          $3,500.00

      **IRS**   $12,893.97

(B)   **JP Morgan Chase**   Arrears of $3,916.92 with direct regular payments.

      **VW Credit** (lease)   0 arrears.   Debtor to maintain direct regular monthly
      lease payments.

      **City of Philadelphia** (w/s)   $56.52

(C)   100 percent to allowed timely, general unsecured claims as listed below
except student loans claims:

| | |
|---|---|
| PCA Acquisition, LLC | $ 2,441.74 |
| TD Bank | $    815.21 |
| Portfolio Recovery | $    507.31 |
| Midland Funding, LLC | $    882.68 |
| LVNV Funding | $    515.04 |
| Discover Bank | $ 1,414.83 |
| Capital One Bank (USA) | $ 2,418.24 |
| Quantom 3 Group | $ 1,125.50 |
| Merrick Bank | $ 2,672.74 |
| Quantum 3 Group | $ 1,713.03 |
| TOTAL: | $14,506.32 |

        Student loan claims including claim #8 of Navient Solutions, Inc., claim #7 of
Navient Solutions, Inc. are not to be paid by the Trustee.   Said claims are non-
dischargeable student loans and will survive and pass through the Chapter 13 case.

                                                Respectfully submitted,

DATE:   April 21, 2017              _____s/_____
                                    MICHAEL A. CATALDO, ESQUIRE
                                    CIBIK & CATALDO, P.C.
                                    1500 WALNUT STREET, STE. 900
                                    PHILADELPHIA, PA 19102
                                    (215) 735-1060